*In re* COMITÉ ASESOR PERMANENTE DE REGLAS DE PROCEDIMIENTO CRIMINAL.

*Número:* EC-2005-02          *Resuelto:* 8 de septiembre de 2005

## RESOLUCIÓN

En virtud de esta resolución, se reactiva el Comité Asesor Permanente de Reglas de Procedimiento Criminal, adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Criminal a la luz de la Ley de la Judicatura de Puerto Rico de 2003, Ley Núm. 201 de 22 de agosto de 2003 (4 L.P.R.A. sec. 24 *et seq.*), según enmendada. Los trabajos del Comité deberán enmarcarse en el desarrollo de un proyecto moderno de Reglas de Procedimiento Criminal que esté dirigido principalmente a agilizar los procedimientos judiciales.

El Comité estará facultado para crear subcomités de trabajo compuestos de expertos en la materia, quienes le asistirán en la tarea de completar un proyecto de reglas en el término de nueve meses. Para ello, se reconstituye el Comité, el cual estará compuesto por las personas siguientes:

Prof. Ernesto Chiesa Aponte, *presidente*

Hon. Carlos Cabán García

Hon. Luis Rivera Román

Lcdo. José Andréu Fuentes

Lcdo. José B. Capó Rivera

Lcda. Ana Paulina Cruz Vélez

Lcda. Lisabeth Lipsett Campagne

Lcdo. Alcides Oquendo Solís

Lcdo. Harry Padilla Martínez

Lcdo. Francisco Rebollo Casalduc

Lcdo. Félix Vélez Alejandro

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*